DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
BELTON, STEVEN WILLIAM RAY and
BELTON, STEPHANIE MARIE

Case No. 07-03089-PCW13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $133.90, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 20 | AUTO PORTFOLIO SERVICES INC<br>PO BOX 4097<br>GREENWOOD VILLAGE, CO 80155 | $133.90 |

Dated: May 03, 2011

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487607          5-10-11          # 133.90